JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK CHARLES HANSON, | Case No. 2:19-cv-08425-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED:  April 19, 2021

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE